# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | 1:18-cr-00390(3)-RP | |
| § | | |
| **LAURENTINO REYES-GOMEZ** § | | |
| *Defendant* § | | |

## Order On Petition for Action on Conditions of Pretrial Release

Before the Court is the U.S. Pretrial Services Office's Amended Petition for Action on Conditions of Pretrial Release, dated August 29, 2019 (the "Petition") (Dkt. 88).

In the Petition, Pretrial Services alleges that Defendant Laurentino Reyes-Gomez violated the following conditions of his release:

> (1) The defendant must not violate federal, state, or local law while on release.
>
> (7)(a) The defendant must submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
>
> (7)(m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

The Petition states that Defendant was involved in an illegal drug transaction with a cooperating defendant and an undercover Drug Enforcement Administration (DEA) agent on or about May 8, 2019, and that he has failed to report to Pretrial Services since May 2019.

Defendant was arrested and came before the Court for an initial appearance on the Petition on July 2, 2021. On July 14, 2021, Defendant waived a bond revocation hearing. Dkt. 144.

Accordingly, pursuant to 18 U.S.C. § 3148, it is **ORDERED** that Defendant's release on conditions is **REVOKED** and he is **HEREBY DETAINED** pending further proceedings.

1

**Directions Regarding Detention**

Defendant is remanded to the custody of the Attorney General or his designated representative and confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** July 26, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE